IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02443-BNB

EDITH L. JACKSON-COBB,

   Plaintiff,

v.

U. S. DEPT. OF EDUCATION,

   Defendant.

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 20, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 0 2008

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02443-BNB

Edith L. Jackson-Cobb
4590 Granby Way
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on **11/20/08**

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk