IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-02443-REB-CBS

EDITH L. JACKSON-COBB,

    Plaintiff,

v.

U.S. DEPT. OF EDUCATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Notice of Voluntary Dismissal of Case** [#14] filed December 18, 2008. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal of Case** [#14] filed December 18, 2008, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated December 18, 2008, at Denver, Colorado.

                          **BY THE COURT:**

                          **s/ Robert E. Blackburn**
                          **Robert E. Blackburn**
                          **United States District Judge**